RECEIVED
DEC 1 6 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:20-CR-212 |
| v. | ) | |
| | ) | INDICTMENT |
| ABRAHAM CHRISTOPHER SMITH, | ) | |
| | ) | T. 18 U.S.C. § 2251(a) |
| Defendant. | ) | T. 18 U.S.C. § 2251(e) |
| | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2422(b) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Enticement and Attempted Enticement of a Minor)**

During the period beginning by at least October 9, 2020, and continuing to on or about October 28, 2020, in the Southern District of Iowa, the defendant, ABRAHAM CHRISTOPHER SMITH, did use a facility and means of interstate commerce, specifically the cellular telephone systems and internet, to knowingly persuade, induce, and entice and attempt to persuade, induce, and entice, a person who is under 18 years of age, that is Minor Victim #1, to engage in any sexual activity for which any person can be charged with a criminal offense, specifically the offense of Sexual Abuse in the Third Degree under Iowa Code Section 709.4.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Receipt of Child Pornography)

On or about October 11, 2020, in the Southern District of Iowa, the defendant, ABRAHAM CHRISTOPHER SMITH, did knowingly receive child pornography depicting Minor Victim #1, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On or about October 24, 2020, in the Southern District of Iowa, the defendant, ABRAHAM CHRISTOPHER SMITH, did knowingly employ, use, persuade, induce, and entice a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video of Minor Victim #1 engaging in sexually explicit conduct, said video file being approximately 1 minute and fifteen seconds in length and bearing the file name "62527929810_639AA9A7-C84D-4680-9CEE-F7327DFB07A3.MOV". The video file was produced using materials that had been mailed, shipped, or transported in or

affecting interstate or foreign commerce by any means.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Possession of Child Pornography)**

On or about October 28, 2020, in the Southern District of Iowa, the defendant, ABRAHAM CHRISTOPHER SMITH, did knowingly possess material, namely, an Apple iPhone XR cellular phone bearing serial number of DX3CF3BBKXL0, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

### Notice of Forfeiture

If the defendant, ABRAHAM CHRISTOPHER SMITH, is convicted of the offense(s) alleged in Counts 1, 2, 3, or 4 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: an Apple iPhone XR cellular phone bearing serial number of DX3CF3BBKXL0.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: *[signature: Adam J. Kerndt]*
Adam J. Kerndt
Assistant United States Attorney

4