## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Criminal No. 4:20-cr-00212-001 : Clerk's Court Minutes – Sentencing

___

UNITED STATES OF AMERICA VS. ABRAHAM CHRISTOPHER SMITH

___

| | |
|---|---|
| Gov. Atty(s): Adam J. Kerndt | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): Nicholas A. Sarcone | : In  4  Count(s) – Code Violation: |
| Court Reporter: Kelli Mulcahy | : COERCION OR ENTICEMENT 18:2422(b) Enticement and Attempted Enticement of a Minor (1) |
| Interpreter: N/A | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(2), 2252A(b)(1) Receipt of Child Pornography (2) |
| | : SEXUAL EXPLOITATION OF CHILDREN 18:2251(a), 2251(e) Production of Child Pornography (3) |
| Date: October 19, 2021 | |
| Time Start: 10:02 am  Time End: 11:02 am | : ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO 18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography (4) |

___

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1.   Jury    Court guilty verdict to Count(s) | : ✔ Court adopted findings of Final PSR   Final PSR as amended |

Minutes:

Defendant present with counsel for sentencing.  Defendant satisfied with counsel.  Defendant advised of maximum penalties and informed of PSR.  Court takes up contested sentencing matters.  Parties discuss PSR.  Total Offense Level = 42; Criminal History Category = I; Guideline Imprisonment Range = 360 months to life.  A victim impact statement is read to the Court.  Parties argue appropriate sentence.  Defendant allocutes.  Court pronounces sentence.  Defendant is advised of appeal rights.

Government Exhibit 1 was Admitted under seal.

___

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 288 months with a 10 year term of supervised release to follow.  Court recommends placement at FCI Sandstone or FMC Rochester.  $100 Special Assessment.

Counts 2-4 are Dismissed upon motion of the United States.  Defendant is remanded to the custody of the United States Marshal.

/s./ K. Chrismer
Deputy Clerk